

DVS/2012 R 761

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 13-261 (SRC) |
| | : | |
| | : | 18 U.S.C. § 2113(a) |
| v. | : | 18 U.S.C. § 924(c) |
| | : | 18 U.S.C. § 2 |
| | : | |
| RAHMAN FULTON | : | <u>I N D I C T M E N T</u> |

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

<u>COUNT ONE</u>
(Bank Robbery)

On or about May 25, 2012, in Morris County, in the District of New Jersey and elsewhere, defendant

RAHMAN FULTON

by force, violence, and intimidation did take from the person and presence of another, approximately $1,777.00 in money belonging to, and in the care, custody, control, management, and possession of the PNC Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT TWO
### (Use of a Firearm in Furtherance of a Crime of Violence)

On or about May 25, 2012, in Morris County, in the District of New Jersey and elsewhere, defendant

RAHMAN FULTON

during and in relation to a crime of violence for which defendant RAHMAN FULTON may be prosecuted in a court of the United States, specifically the bank robbery set forth in Count One, did knowingly and willfully use, carry, and, in furtherance of such crime, possess a firearm, which was brandished.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____
PAUL J. FISHMAN
United States Attorney

2

CASE NUMBER: 13-CR-261(SRC)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

RAHMAN FULTON

## INDICTMENT FOR

18 U.S.C. § 2113(a)
18 U.S.C. § 924(c)
18 U.S.C. § 2

A True Bill,

_____
Foreperson

**PAUL J. FISHMAN**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

DANIEL V. SHAPIRO
*ASSISTANT U.S. ATTORNEY*
*(973) 353-6087*