UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley Chesler |
| v. | : | Crim. No. 13-261 |
| RAHMAN FULTON | : | |

**ORDER**

AND NOW, this 8 day of Aug., 2013, upon the Motion of Paul J. Fishman, United States Attorney, (by and through Daniel V. Shapiro and Elizabeth M. Harris, Assistant United States Attorneys), for an order to Compel defendant Rahman Fulton to Provide palm prints and fingerprints, and the defendant being represented by counsel, Carol Gillen and K. Anthony Thomas, Assistant Federal Public Defenders, and upon consideration of the defendant's opposition, if any, it is

ORDERED and ADJUDGED that the motion be, and the same is, hereby GRANTED. The defendant shall submit to the taking of a complete set of palm prints and fingerprints, to include the extreme tips and sides of fingers and thumbs, to an agent of the Federal Bureau of Investigation as directed by that agent, no later than August 12, 2013. Defense counsel is permitted to be present and a copy of the prints shall be provided to defense counsel.

BY THE COURT:

HON. STANELY M. CHESLER
United States District Judge