IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

vs

Crim. No. 13-00261 (SRC)

RAHMAN FULTON,

Defendant.

## ORDER

ON this 20th day of September, 2013, upon consideration of Rahman Fulton's Ex Parte Application (Carol Gillen, Esq. appearing), for information specified below,

IT IS HEREBY ORDERED that the requested information be disclosed forthwith, and **ONLY** to this Court no later than two weeks from the receipt of this ORDER and the accompanying subpoena. Should any questions arise from this ORDER, kindly contact: the Chambers of the Honorable Stanley R. Chesler, United States District Court Judge, United States Post Office & Courthouse, Federal Square, Room 8, Newark, New Jersey 07102, (973) 645-3574, **ATTENTION: Theresa Trivino, Courtroom Deputy.**

IT IS FURTHER ORDERED that CELLCO PARTNERSHIP, DBA - VERIZON WIRELESS shall provide all subscriber information, call detail records, with cellular site and Global Positioning System (GPS) information, for the provided cellular phone number **201-602-**

9386, from May 23, 2012 - May 27, 2012, CELLCO PARTNERSHIP, DBA - VERIZON WIRELESS reference number 1455950;

IT IS FURTHER ORDERED that CELLCO PARTNERSHIP, DBA - VERIZON WIRELESS shall provide the Call Details Records (CDR), caller identifications, and cellular site records for the above listed date and time, pertaining to cellular phone number **201-602-9386 from May 23, 2012 - May 27, 2012, CELLCO PARTNERSHIP, DBA - VERIZON WIRELESS reference number 1455950**;

IT IS FURTHER ORDERED that CELLCO PARTNERSHIP, DBA - VERIZON WIRELESS shall identify a designee who will be accessible to provide any technical assistance necessary with respect to the cellular phone records on the telephone numbers contained herein, and that could assist with the aims, goals, and objectives of this ORDER;

IT IS FURTHER ORDERED that CELLCO PARTNERSHIP, DBA - VERIZON WIRELESS shall disclose the following:

1. Subscriber information to include Account Details, Subscriber Details, Equipment Details and Account Features, Subscribers', Electronic Serial Number (ESN), International Mobile Subscriber Identity (IMSI), Temporary International Mobile Subscriber Identity (TIMSI), Electronic Identity Number (EIN), International Mobile Equipment Identity (IMEI), and billing information for the specified cellular/wireless telephone, Porting history for the above referenced PTN/MDN.

2. Call Details Records (CDR) for all Incoming/Outgoing calls with Network Elements, Cascade ID, Switch ID, REPOLL, or their equivalents, Antenna Sector and Cell site (tower) identifications with Global Positioning System (GPS) coordinate information for towers that provided connections on each respective incoming or outgoing call for the date range referenced above;

3. All cell sites in each respective Network Element, Cascade ID, Switch ID, REPOLL or their equivalent, area(s) that were installed, commissioned and active in the State of New Jersey, during the date range referenced above.

4. Cell site specifications for Cell sites listed in item 3 above, to include: Network Elements or equivalent, Cascade ID or equivalent, Switch ID, REPOLL or their equivalents, Technology, Site type (Macro, Micro, DAS, Pico), Antenna Sector and Cell

site (tower) identifications with Global Positioning System (GPS) coordinate information (Latitude, Longitude), antenna height (AGL), Sector ID and Azimuth Information, RSSI and Signal Strength Information, or median Effective Transmit Power (when available), Sector Horizontal Beam-Width, Sector Vertical Tilt, Cell site and/or Sector Pilot Channel Frequencies (BCCH, CPICH or equivalent);

5. All Call Detail Records, Messaging or Data Records including all SMS/MMS or Internet Access traffic, with Source and Recipient identifications (PTN/MDN, IMEI, IMSI, MAC address or equivalent), Message or Data size, connection date/time and duration, Network Element(s), Tower(s), Sectors(s), WAPs or traffic gateways that handled the connection(s) if identified;

6. An engineering map showing all cell-site tower locations, sectors, and orientations, all Verizon Wireless Access Points (WAPs) or fixed Verizon provided Hot-Spots;

7. All-call detail, subscriber, stored and/or non-live recorded voice mail messages, text messages, numeric messages, alpha-numeric messages, electronic mails [e-mails], pictures, files, data, etc., including real-time cell site and GPS information and any related records and/or access for the specific data from the specific time periods within the confines of this request;

8. Any and all SCAMP data; and

9. Please identify a designee who will be accessible to provide any technical assistance necessary with respect to the cellular phone records.

STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE