IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v | : | Crim. No. 13-261 (SRC) |
| RAHMAN FULTON, | : | MOTION FOR NEW TRIAL |
| Defendant. | : | |

TO:
**Daniel Shapiro, AUSA**
970 Broad Street
Newark, New Jersey 07102

  **PLEASE TAKE NOTICE** that on a date to be set by the Court, the defendant, **Rahman Fulton**, through his attorneys, the Office of the Federal Public Defender (K. Anthony Thomas, Assistant Federal Public Defender, appearing), shall move before the Honorable Stanley R. Chesler, United States District Judge for the District of New Jersey, at Newark, for a new trial on Counts One and Two.

            FEDERAL PUBLIC DEFENDER

Date: February 7, 2014  By: _____
              K. ANTHONY THOMAS
          Attorneys for Defendant Rahman Fulton