To: Clerks Office,

RE: 13-261-SRC

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2017 FEB 10 P 3:51

I'm writting to you at this time to request copies of the "Proposed Jury verdict forms" and the "Returned Jury verdict forms" for my trail.

Thank you,
Rahman R. Futton

INMATE NAME/NUMBER Kohman R. Fulton #64940-050
FEDERAL CORRECTION COMPLEX-ALLENWOOD Medium
P.O. BOX 2000
WHITE DEER, PA 17887

HARRISBURG PA 171
08 FEB 2017 PM 4 L

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2017 FEB 10 P 3:51

⇔64940-050⇔
Clerks Of Court
U.S. District Courthouse
50 Walnut ST
Newark, NJ 07102-4015
United States

FEB 07 2017
X-RAYED

07102-359599